# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLAN LESLIE SINANAN, JR.,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-2442** |
| | : | |
| **CHILDREN, YOUTH &** | : | |
| **FAMILY DIVISION,** | : | |
| **COUNTY OF NORTHAMPTON,** | : | |
| **GOVERNMENT AGENCY,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 3rd day of August, 2023, upon consideration of Allan Leslie Sinanan, Jr.'s Complaint (ECF No. 1), which asserts claims pursuant to 42 U.S.C. § 1983 based on constitutional violations alleged to have occurred in a child custody matter pending in the Court of Common Pleas of Northampton County, it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to restrict the Complaint (ECF No. 1) to Case Participants View Only because it contains the names of a minor child. Going forward, Sinanan should not include the names of any minor children in his filings and should refer to any minor children, if necessary, by initials only. *See* Fed. R. Civ. P. 5.2(a).

2. To the extent Sinanan asserts claims for injunctive relief in the form of intervention in the state custody proceeding (*see* Compl. at 8), his claims are **DISMISSED WITHOUT PREJUDICE** pursuant to the abstention doctrine of *Younger v. Harris*, 401 U.S. 37 (1971), for the reasons stated in the accompanying Memorandum.

2

3. All further proceedings, including screening of Sinanan's remaining claims for damages, are **STAYED** until such time as all related proceedings in state court have been resolved (including appeals, if applicable) in accordance with paragraph four (4) of this Order.

4. Sinanan must notify this Court **within thirty (30) days of the resolution of his related state court child custody case** that (a) proceedings have been resolved; (b) how the proceedings resolved; and (c) whether he still intends to pursue the claims in the instant case. Failure to comply with this Order may result in dismissal of this case.

5. The Clerk of Court is **DIRECTED NOT TO ISSUE SUMMONSES** at this time.

6. The time to serve process under Fed. R. Civ. P. 4(m) is hereby extended to the date the Court issues summonses in this case in the event summonses are issued.

BY THE COURT:

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ,  C.J.**