IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLAN LESLIE SINANAN, JR.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 23-2442 |
| | : | |
| **CHILDREN, YOUTH & FAMILY DIVISION, COUNTY OF NORTHAMPTON, GOVERNMENT AGENCY, et al.** | : : : : : | |

## ORDER

AND NOW, this 26th day of January, 2024, upon consideration of Allan Leslie Sinanan, Jr.'s Notice of the Resolution in State Court Child Custody Case (ECF No. 17) and Motion to Amend Civil Complaint (ECF No. 18), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED**:

1. The Clerk of Court shall **REMOVE** this case from stay and return the case to the Court's active docket.

2. The Motion to Amend Civil Complaint (ECF No. 18) is **GRANTED**. The Court construes the entire Motion as the Amended Complaint.

3. The Clerk of Court is **DIRECTED** to add Sinanan's Amended Complaint to the docket.

4. The Clerk of Court is **DIRECTED** to add the following individuals as Defendants: Syzane Arifaj, Esq., Dependency Hearing Officer, Northampton County Court of Common Pleas, Juvenile Division; Shannon Lehr, Caseworker (CY&F); Sandra Jones, Caseworker (CY&F); and the Honorable Jennifer R. Sletvold, Northampton County Court of Common Pleas, Juvenile Division.

5. This case is **DISMISSED WITH PREJUDICE** as follows:

    a. The claims against Defendants (1) the Honorable Jennifer R. Sletvold, (2) Syzane Arifaj, Esq., (3) Henry Newton, Esq., (4) Kelseigh Wiltraut, and (5) Michael Ondilla, Esq., are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(2); and

    b. All other claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim.

6.     The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

  **/s/ Juan R. Sánchez**
**Juan R. Sánchez, C.J.**